**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| LORI ANN DIFABIO | : | Case No. 21-11278 (ELF) |
| | : | |
| Debtor | : | |

**ORDER GRANTING APPLICATION TO EMPLOY SMITH KANE HOLMAN, LLC AS DEBTOR'S COUNSEL PURSUANT TO SECTION 327 OF THE UNITED STATES BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

AND NOW, this ___ day of _____, 2021, upon consideration of the Application To Employ Smith Kane Holman, LLC As Debtor's Counsel Pursuant To Section 327 Of The United States Bankruptcy Code And Bankruptcy Rule 2014 (the "Application"), the Court having concluded that the employment of Smith Kane Holman, LLC is necessary and is in the best interest of the Debtor, the Court being satisfied that Smith Kane Holman, LLC represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that Smith Kane Holman, LLC is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is

ORDERED AND DECREED that

1. The Application is APPROVED.

2. The Debtor is hereby authorized to employ Smith Kane Holman, LLC effective as of the date of the filing of the Application, pursuant to the terms more fully set forth in the Application, and Smith Kane Holman, LLC may receive such

compensation as is approved by this Court upon application after notice and opportunity for hearing.

_____
The Honorable Judge Eric L. Frank,
United States Bankruptcy Judge